IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRETE CARRIER CORPORATION, a Nebraska corporation, as Subrogee of Garry C. DeSloover; and GARRY C. DESLOOVER, Individually;<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>JASHAN TRANSPORT, INC., a California corporation;<br><br>　　　　　　　Defendant. | 4:17CV3019<br><br>SHOW CAUSE ORDER |

　　This action was filed on February 9, 2017. ([Filing No. 1](#).) Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff must serve its complaint on the defendant within ninety days of filing the lawsuit. To date, Plaintiff has not filed any return of service indicating service on Defendants, nor has Defendant entered a voluntary appearance.

　　Accordingly,

　　**IT IS ORDERED** that by or before **June 26, 2017**, Plaintiffs shall show cause as to why this action should not be dismissed for want of prosecution. Failure to comply with this Order may result in a recommendation to Senior United States District Court Judge Richard G. Kopf that this action be dismissed.

　　Dated this 15th day of June, 2017.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge