IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRETE CARRIER CORPORATION, a Nebraska corporation, as Subrogee of Garry C. DeSloover; and GARRY C. DESLOOVER, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>JASHAN TRANSPORT, INC., a California corporation;<br><br>Defendant. | **4:17CV3019**<br><br>**ORDER** |

An order was entered in this case on June 15, 2017, which directed Plaintiffs to show cause as to why this action should not be dismissed for want of prosecution. (Filing No. 11.) In response to the order, Plaintiffs' counsel submitted an affidavit stating that mediation is scheduled to take place on June 28, 2017. (Filing No. 14.)

Accordingly,

**IT IS ORDERED** that by or before July 3, 2017, counsel shall file a report advising the Court as to whether mediation was successful in this case.

Dated this 28th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge